CAUSE NOS. F10-01183 & F10-01184    77,138-24,25

EX PARTE

SENRICK WILKERSON

**MOTION DENIED**
DATE: 4-10-15
BY: R.C.

IN THE COURT OF
CRIMINAL APPEALS
IN AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MOTION FOR REVERSAL AND NEW TRIAL

TO THE HONORABLE SUPREME COURT JUDGES OF THE COURT    APR 06 2015

Abel Acosta, Clerk

COMES NOW, Senrick Wilkerson, the Applicant pro se and files this motion for reversal and new trial pursuant to TEX. R. App. P. 50(e), In support of such Applicant will show to the court the following:

## I.

The Dallas County District Clerk's office will confirm that the files are missing from F10-01183 sexual performance by a child & F10-01184 sexual assault on a child. The District Clerk's office will also confirm that there are no Arrest Reports, no offense reports, no Arraignment information, no complaint affidavits, no probable cause information, no motions filed before 12/17/2010, no pretrial hearing, no physical or DNA evidence, no investigation information, no sworn arrest affidavits and no first preliminary initial appearance information from cause NOS. F10-01183 & F10-01184, as is required by Texas Law. See Article 15.17 Code Crim. Proc.

## II.

The record from cause NOS. F10-01183 & F10-01184 was, and is incomplete without Applicant's fault, and that such incompleteness requires a reversal and new trial under Tex. R. App. P. 50(e), id at 160-161. See Jones V. State, 942 S.W. 2d 1, 1997 Tex. Crim. App. LEXIS 13 No. 09 No. 0917-96 ("we will reverse"). Jones V. State, 923 S.W. 2d 158 (Tex. App. - Beaumont 1996) & Williams V. State, 937 S.W. 2d 479, 486-87 (Tex. Crim. App. 1996).

## III

The trial Court or the District Courts never had any jurisdiction over cause NOS. F10-01183 & F10-01184 due to the fact that the prosecutor Brooke B. Grona-Robb fraudulently forged those indictments from both tainted sex offenses; where these offenses were never once presented before any Magistrate Judge or grand jury. Making, Void Indictments.

WHEREFORE, PREMISES CONSIDERED, the Applicant prays that this motion for reversal and new trial is granted because the Dallas County District Court never had any jurisdiction over cause NOS. F10-01183 & F10-01184, The files are missing and the Record was and is incomplete without Applicant's fault.

Respectfully submitted,

_SENRICK WILKERSON (PRO SE)_
TDCJ NO. 1885146
Ramsey I Unit
1100 FM 655 7E-2-17T
Rosharon, Texas 77583

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2015, the foregoing document has been U.S. mailed to: Court of Criminal Appeal, P.O. Box 12308, Capitol Station, Austin, Texas 78711.

_SENRICK WILKERSON_